UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62298-CIV-ZLOCH

DANIEL GIRARD, and all others similarly
situated under 29 U.S.C. § 216(B),

    Plaintiff,

v.

AZTEC RV RESORT, INC., JEAN-GAY SYLVAIN,

    Defendants,
_____/

**JOINT NOTICE OF RESETTING MEDIATION DATE**

    Plaintiff, Daniel Girard, ("Plaintiff"), and Defendants, Aztec RV Resort, Inc. and Jean-Gay Sylvain, individually, ("Defendants"), by and through their respective undersigned counsel, hereby file this Joint Notice of Resetting Mediation Date, and state:

    The Plaintiff filed a Notice of Filing Proposed Order Scheduling Mediation on February 14, 2011 [D.E. 28] to have the mediation in this case held on July 19th, 2011 at 10:00 a.m. at defense counsel's law office. As of the filing of this Notice, the Court has yet to sign the proposed order attached thereto. The parties have recently agreed to reschedule this mediation date for August 19th, 2011 at 10:00 a.m. at defense counsel's law office, and request that the Court enter the proposed order attached hereto, and thereby disregard the proposed order attached to D.E. 28.

1

Dated: July 13, 2011

Respectfully submitted,

| | |
|---|---|
| K. David Kelly, Esq.<br>J. H. Zidell, P.A.<br>*Attorney for Plaintiff*<br>300 71st Street<br>Suite #605<br>Miami Beach, FL 33141<br>Tel. (305) 865-6766<br>Fax (305) 865-7167<br>E-mail: david.kelly38@rocketmail.com | Chris Kleppin, Esq.<br>Kristopher W. Zinchiak, Esq.<br>Glasser, Boreth & Kleppin<br>*Attorney for Defendants*<br>8751 W. Broward Blvd.<br>Suite 105<br>Plantation, FL 33324<br>Tel. (954) 424-1933<br>Fax (954) 474-7405<br>E-mail: ckleppin@gbkemploymentlaw.com<br>         kzinchiak@gbkemploymentlaw.com |
| By: s/ K. David Kelly_____<br>     K. David Kelly<br>     Florida Bar No. 0123870 | By:___s/Kristopher W. Zinchiak_____<br>     Chris Kleppin<br>     Florida Bar No. 625485<br><br>     Kristopher W. Zinchiak<br>     Florida Bar No. 74442 |