UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62298-CIV-ZLOCH

DANIEL GIRARD, and all others similarly
situated under 29 U.S.C. § 216(B),

    Plaintiff,

v.

AZTEC RV RESORT, INC., JEAN-GAY SYLVAIN,

    Defendants,
_____/

**DEFENDANTS' NOTICE OF FILING SUPPLEMENT TO DEFENDANTS' MOTION FOR DISMISSAL OF CASE AS FRIVOLOUS, SANCTIONS, AND ISSUANCE OF SHOW CAUSE ORDER AS TO WHY THE LAW FIRM OF J.H. ZIDELL, P.A. CONTINUALLY FAILS TO CONDUCT THE PROPER AND NECESSARY PRE-SUIT INVESTIGATION BEFORE SUING A DEFENDANT UNDER THE FLSA [D.E. 41]**

    Defendants, Aztec RV Resort, Inc. and Jean-Gay Sylvain, individually, ("Defendants"), by and through undersigned counsel, file this Supplement to Defendants' Motion for Dismissal of Case as Frivolous, Sanctions, and Issuance of Show Cause Order as to Why the Law Firm of J.H. Zidell, P.A. Continually Fails to Conduct the Proper and Necessary Pre-Suit Investigation Before Suing a Defendant Under the FLSA [D.E. 41], and hereby attach as Exhibit #1 hereto the Corporate-Defendant Aztec RV Resort, Inc.'s 2009 tax returns, demonstrating that the Corporate-Defendant did not have any gross revenues in 2009. *See Corporate-Defendant's 2009 Tax Return,* attached hereto as Exhibit #1. This tax return was produced to opposing counsel on or about July 8, 2011. *See letter referring, inter alia, to Bates-stamped documents 0000120-0000124,* attached hereto as Exhibit #2. The Defendants recently received the Corporate-Defendant's deposition transcript since the filing of its Motion [D.E. 41], and are thereby attaching the relevant excerpts from that deposition which demonstrate that (1) the Corporate-Defendant Aztec RV Resort, Inc. did not gross more than $500,000 in annual revenues in 2009;

1

(2) the Corporate-Defendant Aztec RV Resort, Inc. has had no employees from its inception in March of 2009 to the present; and (3) Aztec RV Management, Inc., the entity that the Plaintiff is improperly seeking to add to the lawsuit (*see* [D.E. 35], [D.E. 36]), did not gross more than $500,000 in annual revenues in the year 2010.  *See excerpts from deposition of Rule 30(b)(6) Corporate Representative of the Corporate-Defendant,* collectively attached hereto as Exhibit #3.  These exhibits, in particular Exhibits #1 and #3 attached hereto, serve as evidentiary support for the arguments made within Defendants' Motion [D.E. 41] regarding the frivolous nature of the Plaintiff's case and the lack of subject matter jurisdiction in this case.  Thus, dismissal of the Plaintiff's case is warranted because enterprise coverage does not exist for the Corporate-Defendant since (1) the Corporate-Defendant's gross annual revenues do not exceed $500,000 and (2) the Corporate-Defendant has never had any employees, let alone the requisite two or more employees.  29 U.S.C. § 203(s)(1)(A); *Rodriguez, et al. v. Marble Care Int'l, Inc., et al.,* Case No. 10-23223-CIV-GRAHAM [D.E. 66].  It bears noting that *either one* of these two aforementioned propositions, by itself, precludes the existence of enterprise coverage.  29 U.S.C. § 203(s)(1)(A).

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 19, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record (Jamie Zidell) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

      Respectfully submitted,

      Glasser, Boreth & Kleppin
      Attorneys for Defendants
      8751 W. Broward Blvd.
      Suite 105
      Plantation, FL 33324
      Tel.  (954) 424-1933
      Fax  (954) 474-7405
      E-mail:  ckleppin@gbkemploymentlaw.com
            kzinchiak@gbkemploymentlaw.com

      By__s/Kristopher W. Zinchiak____
         Chris Kleppin
         Fla. Bar No. 625485

         Kristopher W. Zinchiak
         Fla. Bar No. 74442