UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62298-CIV-ZLOCH

DANIEL GIRARD and all others similarly )
situated under 29 U.S.C. 216(B), )
      Plaintiff, )
  vs. )
AZTEC RV RESORT, INC. )
JEAN-GAY SYLVAIN )
 )
      Defendants. )
 )
 )
_____ )

**PLAINTIFF'S NOTICE OF FILING E-MAILS**
**REFERENCED IN [DE 46]**

**COME(S) NOW**, Plaintiff(s), by and through undersigned counsel, and files the attached conferral e-mails between Mr. Zinchiak and the undersigned referenced in [DE 46]. The conferral e-mails should have been attached to [DE 46].

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_____/s/ K. David Kelly_____**
      **K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT FOLLOWING E-FILING VIA CM/ECF ON 7/19/11 TO:**

**GLASSER, BORETH & KLEPPIN**
**8751 W. BROWARD BLVD.**
**STE. 105**
**PLANTATION, FL 33324**
**FAX:  954.474.7405**

**BY:__ /S/ K. DAVID KELLY _____**
**K. DAVID KELLY, ESQ.**