UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-62298-CIV-ZLOCH

DANIEL GIRARD  and all others similarly )
situated under 29 U.S.C. 216(B),             )
               Plaintiff,              )
        vs.                                   )
AZTEC RV RESORT, INC.                   )
JEAN-GAY SYLVAIN                         )
                            )
        Defendants.                     )
                            )
                            )
_____ )

## PLAINTIFF'S NOTICE OF OBJECTION AS TO [DE 54]

      **COMES NOW** Plaintiff, by and through undersigned counsel, and objects to [DE 54] as follows:

    Defendants continue to circumvent the local rules by filing additional argument without leave of Court.  Leave for further argument is required under SDLR Rule 7.1(c). Defendants continue to file argumentative documents that are tantamount to sur-replies without leave.  In addition to [DE 54] regarding this Notice, also *see e.g.* [DE 44], [DE 48] and [DE 52].

    Defendants continue to raise sur-reply arguments that otherwise cutoff Plaintiff's opportunity to respond. Plaintiff files this Notice to avoid burdening the docket with a motion to strike.

      WHEREFORE, the Plaintiff objects as stated.

Respectfully submitted,

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
BY:_____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT**
**COPY OF THE FOREGOING WAS SENT FOLLOWING E-FILING VIA**
**CM/ECF ON 8/18/11 TO:**

**GLASSER, BORETH & KLEPPIN**
**8751 W. BROWARD BLVD.**
**STE. 105**
**PLANTATION, FL 33324**
**FAX:  954.474.7405**

BY:__ /S/ K. DAVID KELLY _____
**K. DAVID KELLY, ESQ.**