UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62298-CIV-ZLOCH

DANIEL GIRARD,

      Plaintiff,

vs.                                          **O R D E R**

AZTEC RV RESORT, INC. and
JEAN-GAY SYLVAIN,

      Defendants.
_____/

    THIS MATTER is before the Court upon Defendants' Appeal Of Magistrate Judge's Order On Plaintiff's Motion For Protective Order (DE 131). The Court has carefully reviewed said Appeal, the entire court file and is otherwise fully advised in the premises.

    In an Order (DE 122) dated October 14, 2011, Magistrate Judge Rosenbaum granted in part Plaintiff's Motion for Protective Order, To Stay This Case And For Sanctions (DE 119).[1] The Motion (DE 119) was granted in so far as it sought a protective order to excuse Mr. Jean Francois Leblanc from attending a deposition scheduled October 12, 2011. Defendants then filed the instant Appeal Of Magistrate Judge's Order On Plaintiff's Motion For Protective Order (DE 131).

    A party may file Objections to a Magistrate Judge's non-dispositive pretrial Order. Upon such filing, the District Court is required to consider the Objections and must set aside any portion of the Order found to be "clearly erroneous or contrary to

---

    [1] By Prior Order (DE 133), the Court granted the Motion To Stay contained within the said Motion (DE 119). To the extent the Motion sought other relief, it was referred to Magistrate Judge Rosenbaum by prior Order. See DE 121.

law." Fed. R. Civ. P. 72(a). After careful review, it is clear to the Court that the Objections contained in Defendant's Appeal (DE 131) fail to meet this standard. The Order issued by Magistrate Judge Rosenbaum dated October 14, 2011, is neither clearly erroneous nor contrary to law. Not by a long shot.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendants' Appeal Of Magistrate Judge's Order On Plaintiff's Motion For Protective Order (DE 131) and the objections contained therein be and the same are hereby **OVERRULED**; and

2. The Order of Magistrate Judge Rosenbaum (DE 122) dated October 14, 2011, be and the same is hereby **AFFIRMED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of November, 2011.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record